IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREEM YOUNG, AIS #222970, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:13cv936-TMH |
| | ) (WO) |
| MARK BRUTON, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on February 18, 2014, (doc. # 4), that this case be dismissed without prejudice. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court finds that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

An appropriate judgment will be entered.

Done this the 17th day of March 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE